HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
FRAY ESPINOZA-VALLEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>FRAY ESPINOZA-VALLEJO,<br><br>*Defendants.* | Case Nos. 1:15-cr-00025 LJO<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA AND SENTENCING; ORDER THEREON<br><br>DATE: February 23, 2015<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Mia Giacomazzi, counsel for the plaintiff, and Assistant Federal Defender, Janet Bateman, counsel for defendant, Fray Martin Espinoza-Vallejo, that the status conference currently set for March 16, 2015, at 8:30 a.m., before Hon. Judge Lawrence J. O'Neill, **may be vacated and reset for a change-of-plea and sentencing hearing on February 23, 2015, at 8:30 a.m. before Hon. District Judge Lawrence J. O'Neill**. The parties have reached an agreement in this case and a plea agreement will be filed. The government is in agreement with this request.

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated:  February 11, 2015        /s/ Mia Giacomazzi
MIA GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  February 11, 2015        /s/ Janet Bateman
JANET BATEMAN
Assistant Federal Defender
Attorney for Defendant
Fray Martin Espinoza-Vallejo

**O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the status conference set for March 16, 2015 will be vacated and the matter will be set for a change-of-plea and sentencing hearing on February 23, 2015 at 8:30 a.m. before U.S. District Judge Lawrence J. O'Neill.

DATED:  February 13, 2015

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Court Judge